NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: MIDWESTERN PET FOODS, INC.,
*Appellant*

---

2015-1221

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board, in Nos. 85598829, 85598831.

---

## JUDGMENT

---

TIMOTHY D. PECSENYE, Blank Rome LLP, Philadelphia, PA, argued for appellant. Also represented by BRADFORD C. CRAIG.

MARY BETH WALKER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by CHRISTINA HIEBER, NATHAN K. KELLEY, THOMAS W. KRAUSE, THOMAS L. CASAGRANDE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 November 12, 2015                    /s/ Daniel E. O'Toole
        Date                         Daniel E. O'Toole
                                     Clerk of Court